Mary R. DeYoung, WSBA # 16264
R. Lind Stapley, WSBA # 19512
Soha & Lang, P.S.
1325 Fourth Avenue, Suite 2000
Seattle, WA 98101-2570
Telephone: 206-624-1800
Email: deyoung@sohalang.com
Email: stapley@sohalang.com
Attorneys for Nationwide Agribusiness
Insurance Company

Judge Stanley A. Bastian

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON,
AT SPOKANE

| | |
|---|---|
| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, an Iowa corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ROYAL ORGANICS, LLC, a Washington limited liability company; ROYAL ORGANIC PRODUCTS, LLC, a Washington limited liability company; FLAVOR LIQUIDATING (C) CORPORATION (f/k/a A.M. TODD COMPANY), a dissolved Michigan corporation; and JUSTIN BROWN, a married man dealing in his separate property,<br><br>Defendants. | Cause No. 2:18-cv-00181-SAB<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

STIPULATION AND ORDER OF DISMISSAL – 1
USDC ED WA CAUSE NO. 2:18-cv-00181-SAB

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON 98101
(206) 624-1800/FAX (206) 624-3585

6700.00007 km05ew03pj

## I.   STIPULATION

The parties to this lawsuit, by and through their undersigned counsel of record, do hereby stipulate and agree that all claims asserted by and between them shall be dismissed with prejudice and without costs or attorneys' fees to any party and without notice of presentation of the Order.

DATED this 12th day of December, 2018.

| | |
|---|---|
| SOHA & LANG, P.S. | MILLER, MERTENS & COMFORT, PLLC |
| By: __/s/Lind Stapley__<br>Mary R. DeYoung, WSBA #16264<br>R. Lind Stapley, WSBA # 19512<br>Email: deyoung@sohalang.com<br>Email:  stapley@sohalang.com<br>1325 Fourth Avenue, Suite 2000<br>Seattle, WA  98101-2570<br>Telephone:  206-624-1800<br>Facsimile:  206-624-3585<br>***Attorneys for Plaintiff Nationwide Agribusiness Insurance Company*** | By: __s/Kenneth Miller (per authorization)__<br>Kenneth A. Miller, WSBA #10946<br>John A. Raschko, WSBA #45481<br>Email: kmiller@mmclegal.net<br>Email: jrashko@mmclegal.net<br>1020 North Center Parkway, Suite B<br>Kennewick, WA  99336<br>Tel: (509) 374-4200<br>Fax: (509) 374-4229<br>***Attorney for Royal Organic Products, LLC and Royal Organics LLC*** |
| SCHULTHEIS TABLER WALLACE PLLC | CAIRNCROSS & HEMPELMANN, P.S. |
| By: __s/Kenneth Chadwick (per authorization)__<br>Kenneth W. Chadwick, WSBA # 33509<br>56 C St. NW<br>PO Box 876<br>Ephrata, WA  98823-0876<br>Tel:  (509) 754-5264 | By: __s/Jennifer Faubion (per authorization)__<br>James P. Wagner WSBA # 10730<br>Email: jwagner@cairncross.com<br>Jennifer K. Faubion, WSBA # 39880<br>Email: jfaubion@cairncross.com<br>Eli K. Yim, WSBA # 51632 |

STIPULATION AND ORDER OF DISMISSAL – 2
USDC ED WA CAUSE NO.  2:18-cv-00181-SAB

6700.00007 km05ew03pj

| | |
|---|---|
| Fax: (509) 754-5835<br>**Attorneys for Defendant Justin Brown** | Email: eyim@cairncross.com<br>524 2nd Ave., Suite 500<br>Seattle, WA 98104-2323<br>Telephone: 206-687-0700<br>Facsimile: 206-687-2308<br>**Attorneys for Defendant Flavor Liquidating (C) Corporation, fka A.M. Todd Company** |

## II.     ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that all claims asserted by and between the parties to this lawsuit shall be dismissed with prejudice and without costs or attorneys' fees to any party.

DATED this ___ day of December, 2018.

_____
Honorable Stanley A. Bastian
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND ORDER OF DISMISSAL – 3
USDC ED WA CAUSE NO. 2:18-cv-00181-SAB

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON 98101
(206) 624-1800/FAX (206) 624-3585

6700.00007 km05ew03pj

Presented by:

| | |
|---|---|
| SOHA & LANG, P.S. | MILLER, MERTENS & COMFORT, PLLC |
| By:  *s/Lind Stapley*<br>Mary R. DeYoung, WSBA #16264<br>R. Lind Stapley, WSBA # 19512<br>Email: deyoung@sohalang.com<br>Email:  stapley@sohalang.com<br>1325 Fourth Avenue, Suite 2000<br>Seattle, WA  98101-2570<br>Telephone:  206-624-1800<br>Facsimile:   206-624-3585<br>***Attorneys for Plaintiff Nationwide Agribusiness Insurance Company*** | By:   *s/Kenneth Miller (per authorization)*<br>Kenneth A. Miller, WSBA #10946<br>John A. Raschko, WSBA #45481<br>Email: kmiller@mmclegal.net<br>Email: jrashko@mmclegal.net<br>1020 North Center Parkway, Suite B<br>Kennewick, WA  99336<br>Tel: (509) 374-4200<br>Fax: (509) 374-4229<br>***Attorney for Royal Organic Products, LLC and Royal Organics LLC*** |
| SCHULTHEIS TABLER WALLACE PLLC | CAIRNCROSS & HEMPELMANN, P.S. |
| By:   *s/Kenneth Chadwick (per authorization)*<br>Kenneth W. Chadwick, WSBA # 33509<br>56 C St. NW<br>PO Box 876<br>Ephrata, WA  98823-0876<br>Tel:  (509) 754-5264<br>Fax:  (509) 754-5835<br>***Attorneys for Defendant Justin Brown*** | By:   *s/Jennifer Faubion (per authorization)*<br>James P. Wagner WSBA # 10730<br>Email: jwagner@cairncross.com<br>Jennifer K. Faubion, WSBA # 39880<br>Email: jfaubion@cairncross.com<br>Eli K. Yim, WSBA # 51632<br>Email: eyim@cairncross.com<br>524 2nd Ave., Suite 500<br>Seattle, WA 98104-2323<br>Telephone:  206-687-0700<br>Facsimile:   206-687-2308<br>***Attorneys for Defendant Flavor Liquidating (C) Corporation, fka A.M. Todd Company*** |

STIPULATION AND ORDER OF DISMISSAL – 4
USDC ED WA CAUSE NO.  2:18-cv-00181-SAB

6700.00007 km05ew03pj

## **CERTIFICATE OF SERVICE**

I hereby certify that on December <u>12</u>, 2018 a copy of the foregoing was electronically filed and served in accordance with the Court's electronic filing procedures using the CM/ECF System, which will send notification of such filing to all counsel of record.

Dated this <u>12th</u> day of December, 2018.

*/s/Angela Murray*

Angela Murray
Legal Secretary to Lind Stapley

STIPULATION AND ORDER OF DISMISSAL – 5
USDC ED WA CAUSE NO. 2:18-cv-00181-SAB

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON 98101
(206) 624-1800/FAX (206) 624-3585

6700.00007 km05ew03pj