FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 18, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, an Iowa corporation,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ROYAL ORGANICS, LLC, a Washington limited liability company; ROYAL ORGANIC PRODUCTS, LLC, a Washington limited liability company; FLAVOR LIQUIDATING (C) CORPORATION (f/k/a A.M. TODD COMPANY), a dissolved Michigan corporation; and JUSTIN BROWN, a married man dealing in his separate property,<br><br>　　　　Defendants. | No. 2:18-cv-00181-SAB<br><br>**ORDER RE: DISMISSAL** |

　　Before the Court is the parties' Stipulation of Dismissal, ECF No. 20. The parties stipulate and request the Court dismiss this matter with prejudice. Pursuant

**ORDER RE: DISMISSAL** ^ 1

to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and enter it into the record.

Accordingly, **IT IS ORDERED:**

1. The parties' Stipulation of Dismissal, ECF No. 20, is **ACCEPTED** and **ENTERED** into the record.

2. The above-captioned matter is **DISMISSED with prejudice**.

3. All deadlines are **VACATED** and any pending motions are **DENIED as moot**.

4. The jury trial date is **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and close the file.

**DATED** this 18th day of December 2018.



Stanley A. Bastian
United States District Judge

**ORDER RE: DISMISSAL ^ 2**